UNITED STATES BANKRUPTCY
COURT DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| Huiras, Mitchell P. | ) | Case No: 17-14919 TBM |
| ###-##-3730 | ) | Chapter 7 |
| ###-##- | ) | |
| Debtor(s) | ) | |
| | ) | |

## CORRECTED[1] ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE DEBTOR AND TO EMPLOY AND PAY DICKENSHEET & ASSOCIATES AS AUCTIONEER

THIS MATTER having come before the Court upon the "Trustee's Motion for Authority to Sell Property of the Debtor Free and Clear of Liens and to Employ and Pay Dickensheet & Associates as Auctioneer" (Docket No. 12, the "Motion") and the Court having reviewed the Motion, there being no timely filed objections and being duly advised in the premises,

**IT IS ORDERED:**

(1) The Trustee's Motion for Authority to Sell Property of the Debtor and to Employ and Pay Dickensheet & Associates as Auctioneer is granted;

(2) The Trustee is authorized to employ Dickensheet & Associates as auctioneer of this property;

(3) The Trustee is authorized to pay Dickensheet & Associates a commission of I 0.0% of the gross sales price upon delivery of the proceeds of the sale to the Trustee; and

(4) The Trustee is authorized to reimburse Dickensheet & Associates its

---

[1] Corrected to address the request to sell free and clear of liens that was included in the Motion.

actual and necessary expenses of sale upon delivery to the Trustee of the proceeds of the sale, a Report of Sale including an itemized and documented listing of such expenses, and proof that said Report has been filed with the court and the Office of the U.S. Trustee.

**IT IS FURTHER ORDERED:**

To the extent that the Trustee requests that the property be sold free and clear of liens, such request is DENIED. The Trustee did not file the Motion as a motion to sell free and clear of liens nor pay the filing fee required for such motion. Further, the Trustee asserts in paragraph 8 of the Motion that, to the best of her knowledge, there are no liens on the property. Accordingly, such relief may not be required in any event. If the Trustee wishes to request approval of a sale free and clear of liens pursuant to 11 U.S.C. § 363(f), she must file an appropriate motion and pay the required fee.

**IT IS FURTHER ORDERED:**

The "Order Granting Trustee's Motion for Authority to Sell Property of the Debtor Free and Clear of Liens and to Employ and Pay Dickensheet & Associates as Auctioneer" (Docket No. 18) is hereby VACATED.

DATED: August 9, 2017              BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara,
United States Bankruptcy Judge